**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| NICOLINE K JARAMILLO | Chapter 13 |
|         DEBTOR | |
| USAA FEDERAL SAVINGS BANK | Case No. 19-10400-BFK |
|         Movant | |
| v. | |
| Nicoline K. Jaramillo and Thomas P. Gorman, Trustee, | |

**ANSWER AND REPORT OF TRUSTEE**
**TO RELIEF FROM STAY MOTION**

Thomas P. Gorman, the Chapter 13 Trustee, responds to the Motion for Relief from Automatic Stay by noting that neither the creditor or the property were listed by Debtor on Schedule A, D, or E/F, nor is any foreclosure disclosed on Statements of Financial Affairs #9.

Date:   August 26, 2019        __/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 26th day of August, 2019.

_/s/Thomas P. Gorman_____
Thomas P. Gorman